IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
Plaintiff

vs

LUIS JAVIER TORRES-CRUZ
Defendant

CRIMINAL 14-0130CCC
Related Case:  Cr. 13-0262-1CCC

# ORDER

Having considered the Report and Recommendation filed on February 20, 2014 (**docket entry 7**) on a Rule 11 proceeding of defendant Luis Javier Torres-Cruz before U.S. Magistrate Judge Bruce J. McGiverin on February 20, 2014, to which no objection has been filed, the same is APPROVED.  Accordingly, the plea of guilty of defendant is accepted.  The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since February 20, 2014.  The **sentencing hearing is set for May 20, 2014 at 4:30 PM**.

The U.S. Probation Officer is reminded that, should any objections be raised by defendant to the PreSentence Report, the Addendum to said PreSentence Report must specifically identify any unresolved objections, the grounds for the objections, and the U.S. Probation Officer's comments on them, as required by Fed. R. Crim. P. 32(g).  The party that raised the unresolved objections shall, **within twenty-four (24) hours** after the Addendum is disclosed, state in writing whether it will insist that the unresolved objections

CRIMINAL 14-0130CCC                        2
Related Case: Cr. 13-0262-1CCC

be ruled upon by the Court.  Failure to do so will be deemed by the Court as a withdrawal of the unresolved objections.

       SO ORDERED.

       At San Juan, Puerto Rico, on March 14, 2014.

                                               S/CARMEN CONSUELO CEREZO
                                               United States District Judge